# MEMORANDUM OPINIONS

---

PEOPLE v DRAYTON. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 December 9, 1971, at Lansing. (Docket No. 8200.) Decided January 27, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Delia E. Phillips,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and TARGONSKI, JJ.

PER CURIAM. Defendant was convicted of the crime of rape. MCLA 750.520; MSA 28.788. He appeals as of right from a sentence of 10 to 15 years entered pursuant to that conviction.

Defendant contends that the evidence presented at trial was not sufficient to establish the crime of rape beyond a reasonable doubt. Additionally, the defendant contends that the prosecution did not demonstrate the requisite diligence required when a missing endorsed *res gestae* witness is not produced at trial.

A review of the record reveals that sufficient evidence was presented at trial to support the court's determination that the defendant was guilty of rape beyond a reasonable doubt. See *People v Jeter,* 21 Mich App 158 (1970).

A review of the record also demonstrates that the prosecution established that due diligence was exercised in attempting to produce the missing *res gestae* witness. Diligence is a matter within the discretion of the trial court and is subject to being overturned on appeal only for clear abuse. *People v Alexander,* 26 Mich App 321 (1970).

Affirmed.